UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
NIEMAN, JEREMY § Case No. 11-01824
NIEMAN, EMILY §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-01824 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | NIEMAN, JEREMY | | | Date Filed (f) or Converted (c): | 01/18/11 (f) |
| | NIEMAN, EMILY | | | 341(a) Meeting Date: | 02/22/11 |
| For Period Ending: | 06/08/12 | | | Claims Bar Date: | 07/26/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1581 HARDING NORTHFIELD, IL 60093 SINGLE FAMILY HO | 360,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CASH ON HAND | 35.00 | 35.00 | | 0.00 | 35.00 |
| 3. CHASE CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. CHASE CHECKING | 100.00 | 100.00 | | 0.00 | 100.00 |
| 5. DEPOSIT WITH COM ED | 120.00 | 120.00 | | 0.00 | 120.00 |
| 6. 3 TVS, 2 COMPUTERS, 2 COUCHES, DINING ROOM TABLE, | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 7. USUAL AND TYPICAL | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2 WEDDING BANDS | 800.00 | 0.00 | | 0.00 | 0.00 |
| 9. EXERCISE MACHINE | 500.00 | 0.00 | | 0.00 | 0.00 |
| 10. 4 FIREARMS | 1,300.00 | 0.00 | | 0.00 | 0.00 |
| 11. BICYCLE, GOLF CLUBS | 300.00 | 300.00 | | 0.00 | 300.00 |
| 12. BRIGHT START ACCOUNT | 300.00 | 0.00 | | 0.00 | 0.00 |
| 13. PENSION WITH CITY OF EVANSTON | 80,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. VANTIG CARE RETIREMENT HEALTH PLAN | 5,600.00 | 0.00 | | 0.00 | 0.00 |
| 15. EXPECTED 2010 INCOME TAX REFUND | 8,000.00 | 3,800.00 | | 6,101.00 | 0.00 |
| 16. 2005 HYUNDIA ELANTRA 62,000 MILES; FAIR CONDITION | 3,350.00 | 0.00 | | 0.00 | 0.00 |
| 17. POWER TOOLS, HAND TOOLS | 100.00 | 100.00 | | 0.00 | 100.00 |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.67 | Unknown |

TOTALS (Excluding Unknown Values) $464,005.00 $4,455.00 $6,101.67 $655.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 11-01824 Doc 24 Filed 06/21/12 Entered 06/21/12 15:55:46 Desc Main
Document Page 4 of 10

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-01824    PSH    Judge: PAMELA S. HOLLIS | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | NIEMAN, JEREMY | Date Filed (f) or Converted (c):    01/18/11 (f) |
| | NIEMAN, EMILY | 341(a) Meeting Date:    02/22/11 |
| | | Claims Bar Date:    07/26/11 |

-non-exempt assets collected

-POC bar date 7-26-11

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 11-01824 -PSH |
| Case Name: | NIEMAN, JEREMY |
| | NIEMAN, EMILY |
| Taxpayer ID No: | *******8580 |
| For Period Ending: | 06/08/12 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4814  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/22/11 | 15 | Emily McNish Nieman<br>301 Glenview Road<br>Glenview, IL 60625 | income tax refund | 1124-000 | 6,101.00 | | 6,101.00 |
| 04/29/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 6,101.01 |
| 05/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,101.06 |
| 06/30/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,101.11 |
| 07/29/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,101.16 |
| 08/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,101.22 |
| 09/30/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,101.27 |
| 10/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,101.32 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.77 | 6,093.55 |
| 11/30/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,093.60 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.51 | 6,086.09 |
| 12/30/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,086.14 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.50 | 6,078.64 |
| 01/31/12 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,078.69 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.97 | 6,070.72 |
| 02/29/12 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,070.77 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.22 | 6,063.55 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 5.07 | 6,058.48 |
| 03/30/12 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,058.53 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.46 | 6,051.07 |
| 04/30/12 | 18 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,051.12 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.69 | 6,043.43 |
| 05/31/12 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,043.48 |

Page Subtotals  6,101.67  58.19

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.06b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-01824 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | NIEMAN, JEREMY | Bank Name: | Bank of America, N.A. |
| | NIEMAN, EMILY | Account Number / CD #: | *******4814 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8580 | | |
| For Period Ending: | 06/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.68 | 6,035.80 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,101.67 | 65.87 | 6,035.80 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,101.67 | 65.87 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,101.67 | 65.87 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********4814 | 6,101.67 | 65.87 | 6,035.80 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,101.67 | 65.87 | 6,035.80 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 7.68

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 08, 2012 |
|---|---|---|---|---|---|---|

Case Number: 11-01824  
Debtor Name: NIEMAN, JEREMY  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $4,002.50 | $0.00 | $4,002.50 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $19.82 | $0.00 | $19.82 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $12,281.60 | $0.00 | $12,281.60 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,671.65 | $0.00 | $8,671.65 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,370.82 | $0.00 | $2,370.82 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $22,230.11 | $0.00 | $22,230.11 |
| 000005<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $12,687.24 | $0.00 | $12,687.24 |
| 000006<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $516.93 | $0.00 | $516.93 |
| 000007<br>070<br>7100-00 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382 | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $62,780.67 | $0.00 | $62,780.67 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-01824
Case Name: NIEMAN, JEREMY
             NIEMAN, EMILY
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | Capital Recovery IV LLC | $ | $ | $ |
| 000006 | GE Money Bank | $ | $ | $ |
| 000007 | Fifth Third Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE