# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NIEMAN, JEREMY | § | Case No. 11-01824 |
| NIEMAN, EMILY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF COURT
> UNITED STATES BANKRUPTCY CT.
> 219 S. DEARBORN STREET
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/24/2012 in Courtroom 644,

> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/21/2012            By: /s/ Andrew J. Maxwell
                                                    Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
NIEMAN, JEREMY § Case No. 11-01824
NIEMAN, EMILY §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 6,101.67 |
| and approved disbursements of | $ | 65.87 |
| leaving a balance on hand of[1] | $ | 6,035.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,360.17 | $ 0.00 | $ 1,360.17 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 4,002.50 | $ 0.00 | $ 4,002.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 19.82 | $ 0.00 | $ 19.82 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,382.49 |
| Remaining Balance | | $ | 653.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,758.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 12,281.60 | $ 0.00 | $ 136.55 |
| 000002 | Discover Bank | $ 8,671.65 | $ 0.00 | $ 96.42 |
| 000003 | Chase Bank USA, N.A. | $ 2,370.82 | $ 0.00 | $ 26.36 |
| 000004 | Capital One Bank (USA), N.A. | $ 22,230.11 | $ 0.00 | $ 247.17 |
| 000005 | Capital Recovery IV LLC | $ 12,687.24 | $ 0.00 | $ 141.06 |
| 000006 | GE Money Bank | $ 516.93 | $ 0.00 | $ 5.75 |
| 000007 | Fifth Third Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 653.31 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                            Prepared By: /s/Andrew J. Maxwell
                                                                            Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                     Case No. 11-01824-PSH
Jeremy Nieman                                              Chapter 7
Emily Nieman
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0752-1         User: mrahmoun              Page 1 of 2                 Date Rcvd: Jun 22, 2012
                             Form ID: pdf006             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2012.
db          +Jeremy Nieman,    1581 Harding,    Northfield, IL 60093-3502
jdb         +Emily Nieman,    301 Glenview Rd.,    Glenview, IL 60025-3346
16685083    +2nd Wind Exercise Equipment,    PO Box 94498,    Las Vegas, NV 89193-4498
16685084    +Anderson & Associates PC,    1701 E. Woodfiled Rd #1050,    Schaumburg, IL 60173-5141
16685085     Bank of America,    PO Box 15026,    Wilmington, DE 19886-5726
16685086    +Capital One,    POB 30281,   Salt Lake City, UT 84130-0281
17523951     Capital Recovery IV LLC,    c/o Recovery Management Systems Corporat,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16685087    +Chase,    POB 15298,   Wilmington, DE 19850-5298
17288476     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16685088    +Direct TV,    POB 9001069,   Louisville, KY 40290-1069
16685091    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Square Plz.,    Cincinnati, OH 45263)
17548545    +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
17533456     GE Money Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,
              Miami FL 33131-1605
16685093    +GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
16685094    +Law Offices of Rochelle Grimbau,    205 W. Randolph #1640,    Chicago, IL 60606-1892
16685095     Reproductive Medicine Insititute,    2425 W> 22nd Street, Suite  102,    Oak Brook, IL 60523
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17293394     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2012 20:43:58      Capital One Bank (USA), N.A.,
              by American InfoSource LP as agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
16685089     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2012 23:14:45      Discover Card,   12 Reads Way,
              New Castle, DE 19720
17196240     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2012 23:14:45      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16685092    +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 22:34:49      GE Capital/Old Navy,
              PO Box 981400,    El Paso, TX 79998-1400
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16685090*   +Emily Nieman,    301 Glenview Road,    Glenview, IL 60025-3346
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2012**                         **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2                  Date Rcvd: Jun 22, 2012
                               Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2012 at the address(es) listed below:

        Andrew J Maxwell    on behalf of Trustee Andrew Maxwell maxwelllawchicago@yahoo.com,
         trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwe
         llandpotts.com;maseay@maxwellandpotts.com
        Andrew J Maxwell    maxwelllawchicago@yahoo.com,
         amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
        Christopher R Murphy    on behalf of Creditor  GMAC Mortgage, LLC cmurphy@fisherandshapirolaw.com,
         BK_IL_Notice@fisherandshapirolaw.com
        Jaclyn H. Smith    on behalf of Trustee Andrew Maxwell jhsmith@maxwellandpotts.com,
         preferences_ml@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
         naelipas@maxwellandpotts.com
        Leonard S. Becker    on behalf of Debtor Jeremy Nieman lenbecker@sbcglobal.net
        Nicole A Elipas    on behalf of Trustee Andrew Maxwell naelipas@maxwellandpotts.com,
         maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwell
         andpotts.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Vikram R Barad    on behalf of Trustee Andrew Maxwell vbarad@maxwellandpotts.com,
         maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
         jhsmith@maxwellandpotts.com

                                                                                                     TOTAL: 8