UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
NIEMAN, JEREMY                            §    Case No. 11-01824
NIEMAN, EMILY                             §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fifth Third Bank 38 Fountain Square Plz. Cincinnati, OH 45263 |  |  |  |  |  |
|  | GMAC Mortgage PO Box 4622 Waterloo, IA 50704 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

Document      Page 4 of 12

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J MAXWELL ESQ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Emily Nieman 301 Glenview Road Glenview, IL 60025 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2nd Wind Exercise Equipment PO Box 94498 Las Vegas, NV 89193 | | | | | |
| | Anderson & Associates PC 1701 E. Woodfiled Rd #1050 Schaumburg, IL 60173 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Direct TV POB 9001069 Louisville, KY 40290 | | | | | |
| | Law Offices of Rochelle Grimbau 205 W. Randolph #1640 Chicago, IL 60606 | | | | | |
| | Reproductive Medicine Insititute 2425 W&gt; 22nd Street, Suite 102 Oak Brook, IL 60523 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CAPITAL RECOVERY IV LLC | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000007 | FIFTH THIRD BANK | | | | | |
| 000006 | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-01824 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | NIEMAN, JEREMY | | | Date Filed (f) or Converted (c): | 01/18/11 (f) |
| | NIEMAN, EMILY | | | 341(a) Meeting Date: | 02/22/11 |
| For Period Ending: | 06/08/12 | | | Claims Bar Date: | 07/26/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1581 HARDING NORTHFIELD, IL 60093 SINGLE FAMILY HO | 360,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CASH ON HAND | 35.00 | 35.00 | | 0.00 | 35.00 |
| 3. CHASE CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. CHASE CHECKING | 100.00 | 100.00 | | 0.00 | 100.00 |
| 5. DEPOSIT WITH COM ED | 120.00 | 120.00 | | 0.00 | 120.00 |
| 6. 3 TVS, 2 COMPUTERS, 2 COUCHES, DINING ROOM TABLE, | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 7. USUAL AND TYPICAL | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2 WEDDING BANDS | 800.00 | 0.00 | | 0.00 | 0.00 |
| 9. EXERCISE MACHINE | 500.00 | 0.00 | | 0.00 | 0.00 |
| 10. 4 FIREARMS | 1,300.00 | 0.00 | | 0.00 | 0.00 |
| 11. BICYCLE, GOLF CLUBS | 300.00 | 300.00 | | 0.00 | 300.00 |
| 12. BRIGHT START ACCOUNT | 300.00 | 0.00 | | 0.00 | 0.00 |
| 13. PENSION WITH CITY OF EVANSTON | 80,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. VANTIG CARE RETIREMENT HEALTH PLAN | 5,600.00 | 0.00 | | 0.00 | 0.00 |
| 15. EXPECTED 2010 INCOME TAX REFUND | 8,000.00 | 3,800.00 | | 6,101.00 | 0.00 |
| 16. 2005 HYUNDIA ELANTRA 62,000 MILES; FAIR CONDITION | 3,350.00 | 0.00 | | 0.00 | 0.00 |
| 17. POWER TOOLS, HAND TOOLS | 100.00 | 100.00 | | 0.00 | 100.00 |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.67 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $464,005.00 | $4,455.00 | | $6,101.67 | $655.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.06b

Case 11-01824   Doc 33   Filed 10/10/12   Entered 10/10/12 16:25:20   Desc Main
Document      Page 8 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-01824   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | NIEMAN, JEREMY | Date Filed (f) or Converted (c): 01/18/11 (f) |
| | NIEMAN, EMILY | 341(a) Meeting Date: 02/22/11 |
| | | Claims Bar Date: 07/26/11 |

-non-exempt assets collected

-POC bar date 7-26-11

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 06/30/12

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-01824 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | NIEMAN, JEREMY / NIEMAN, EMILY | Bank Name: | Bank of America, N.A. |
| Taxpayer ID No: | ********8580 | Account Number / CD #: | *******4814 Money Market - Interest Bearing |
| For Period Ending: | 10/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/22/11 | 15 | Emily McNish Nieman<br>301 Glenview Road<br>Glenview, IL 60625 | income tax refund | 1124-000 | 6,101.00 | | 6,101.00 |
| 04/29/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 6,101.01 |
| 05/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,101.06 |
| 06/30/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,101.11 |
| 07/29/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,101.16 |
| 08/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,101.22 |
| 09/30/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,101.27 |
| 10/31/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,101.32 |
| 10/31/11 | 18 | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.77 | 6,093.55 |
| 11/30/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,093.60 |
| 11/30/11 | 18 | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.51 | 6,086.09 |
| 12/30/11 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,086.14 |
| 12/30/11 | 18 | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.50 | 6,078.64 |
| 01/31/12 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,078.69 |
| 01/31/12 | 18 | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.97 | 6,070.72 |
| 02/29/12 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,070.77 |
| 02/29/12 | 18 | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.22 | 6,063.55 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 5.07 | 6,058.48 |
| 03/30/12 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,058.53 |
| 03/30/12 | 18 | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.46 | 6,051.07 |
| 04/30/12 | 18 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,051.12 |
| 04/30/12 | 18 | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.69 | 6,043.43 |
| 05/31/12 | 18 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,043.48 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.68 | 6,035.80 |

Page Subtotals  6,101.67  65.87

LFORM24                                                                                                                 Ver: 17.00a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 11-01824 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | NIEMAN, JEREMY | Bank Name: | Bank of America, N.A. |
|  | NIEMAN, EMILY | Account Number / CD #: | *******4814 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8580 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 10/10/12 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/13/12 | | Transfer to Acct #*******5428 | Bank Funds Transfer | 9999-000 | | 6,101.67 | 0.00 |

| | | | COLUMN TOTALS | | 6,101.67 | 6,101.67 | 0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 6,035.80 | |
| | | | Subtotal | | 6,101.67 | 65.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,101.67 | 65.87 | |

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-01824 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | NIEMAN, JEREMY | Bank Name: | Bank of America, N.A. |
| | NIEMAN, EMILY | Account Number / CD #: | *******5428 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8580 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 10/10/12 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/13/12 | | Transfer from Acct #*******4814 | Bank Funds Transfer | 9999-000 | 6,035.80 | | 6,035.80 |
| 07/27/12 | 001001 | ANDREW J MAXWELL ESQ | COMPENSATION - TRUSTEE | 2100-000 | | 1,360.17 | 4,675.63 |
| 07/27/12 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS STREET STE 3200<br>CHICAGO, IL 60603 | Final Distribution | 3110-000 | | 4,002.50 | 673.13 |
| 07/27/12 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Final Distribution | 3120-000 | | 19.82 | 653.31 |
| 07/27/12 | 001004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-000 | | 136.55 | 516.76 |
| 07/27/12 | 001005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-000 | | 96.42 | 420.34 |
| 07/27/12 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-000 | | 26.36 | 393.98 |
| 07/27/12 | 001007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Final Distribution | 7100-000 | | 247.17 | 146.81 |
| 07/27/12 | 001008 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat | (5-1) MBNA America, N.A.<br>Final Distribution | 7100-000 | | 141.06 | 5.75 |
| | | | Page Subtotals | | 6,035.80 | 6,030.05 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-01824 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | NIEMAN, JEREMY | Bank Name: | Bank of America, N.A. |
| | NIEMAN, EMILY | Account Number / CD #: | *******5428 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8580 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 10/10/12 | Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Tran. Code | Deposits ($) | Disbursements ($) | 7 Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/27/12 | 001009 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | (6-1) OLD NAVY Final Distribution | 7100-000 | | 5.75 | 0.00 |

| | | | | COLUMN TOTALS | 6,035.80 | 6,035.80 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | | Subtotal | 6,035.80 | 6,035.80 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 6,035.80 | 6,035.80 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *********4814 | 6,101.67 | 65.87 | 0.00 |
| Checking Account (Non-Interest Earn - ********5428 | 0.00 | 6,035.80 | 0.00 |
| | 6,101.67 | 6,101.67 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |